The People, Plaintiff and Respondent, v. Deliz, Defendant
and Appellant.

Appeal from the District Court of Aguadilla in a Prosecution
for Violation of the Election Law.

No. 780.—Decided April 13, 1915.

Decided on the grounds of the opinion delivered in Case No. 779, *The People v.*
*Deliz, ante.*

　Mr. *Salvador Mestre, fiscal,* for The People.
　Mr. *Luis Llorens Torres* for the appellant.

*Affirmed.*

Chief Justice Hernández and Justices Wolf, del Toro, Al-
drey and Hutchison concurred.